# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON  11/18/2014   ld
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Matthew Heckstall )
) Case No: 2:10-CR-16-5BO
) USM No: 66862-054
Date of Original Judgment: November 9, 2012 )
Date of Previous Amended Judgment: ) Alan DuBois
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  71  months **is reduced to**  60 months on Counts 1, 2, and 12.
All counts run concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 9, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  11-18-14

Judge's signature

Effective Date:  November 1, 2015
*(if different from order date)*

Terrence W. Boyle  U.S. District Judge
*Printed name and title*